**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6905**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PAUL A. LEE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Chief District Judge. (CR-89-273, CA-95-76-5)

_____

Submitted: March 31, 1997      Decided: April 9, 1997

_____

Before HALL, HAMILTON, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Paul A. Lee, Appellant Pro Se. Robert H. McWilliams, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Lee</u>, Nos. CR-89-273; CA-95-76-5 (N.D.W. Va. May 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2